IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
_____ DIVISION

FILED BY ___ D.C.

05 SEP -9 PM 3:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TERRY GRANT_____,

    Defendant.

Case No.____04-20356-11____

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and, the Clerk is directed to issue a check on the Registry in the sum of $ 500 , payable to __Laciketsha Edwards__ at __3556 Winbranch #3__
                  (Name)                (Address)

in full refund of the cash appearance bond posted herein.

_____
United States District Judge

Approved.
Thomas M. Gould, Clerk of Court

BY: _____
    Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
_____ DIVISION

2005 SEP -2 PM 1:53

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 2:04 CR 20356-11

Jerry Grant,

    Defendant.

## MOTION FOR REFUND OF CASH APPEARANCE BOND

On the 16 day of 11, 2004, the above named defendant did cause a $500 Dollar bond to be posted on his/her behalf by tendering $500 in cash. Said amount was receipted in the name of Laciketsha Edwards; address: 3556 Winbranch #3; receipt number M911648, and deposited in the Registry Fund of this Court.

The record of this case reflects that the defendant has complied with the requirements of said bond and orders of this Court. Accordingly, payee now moves this Court for refund of the cash deposit.

Signature of Payee

Date: 9/2/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CR-20356 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT